# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:13-cr-1378-LAB |
| Plaintiff, | |
| v. | **PROPOSED ORDER SEALING UNITED STATES' EXHIBITS 5 AND 6** |
| GEORGE JEFFERSON, | |
| Defendant. | |

GOOD CAUSE APPEARING, the United States' Motion to Seal is granted.

IT IS HEREBY ORDERED, Exhibits 5 and 6 to the United States' Response in Opposition to Defendant's Motion to Reduce Sentence be filed under seal.

DATED: January 5, 2021

*[signature]*
LARRY A. BURNS
United States District Judge